| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
|   | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
|   | Fresno, California  93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant |
|   | CHARLES McCARTY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00275 LJO |
|   | ) |   |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS |
|   | ) | CONFERENCE AND |
| v. | ) | ORDER THEREON |
|   | ) |   |
| CHARLES McCARTY, | ) | Date:  January 30, 2009 |
|   | ) | Time:  8:45 a.m. |
| *Defendants*. | ) | Judge: Hon. Lawrence J. O'Neill |
|   | ) |   |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHEILA K. OBERTO, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Charles McCarty, that the date for status conference may be continued to January 30, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 12, 2008. The requested new date is January 30, 2009.**

   This continuance is requested to allow additional time to gather necessary information and to investigate Mr. McCarty's mental condition.  McCarty suffers from brain damage related to a past stroke, and other preexisting mental health issues also exist.  At the next status conference the defense will be prepared to either enter a plea agreement, set the matter for trial, or file a motion to determine Mr. McCarty's competency.

   The parties agree that the delay resulting from the continuance shall be excluded as necessary for

1  effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of

2  justice served by the granting of the requested continuance outweigh the interests of the public and the

3  defendant in a speedy trial.

                                                                                                McGREGOR W. SCOTT
                                                                                                 United States Attorney

7  DATED: December 9, 2008                       By /s/ Sheia K. Oberto
                                                                                       SHEILA K. OBERTO
8                                                                                                 Assistant United States Attorney
                                                                                               Attorney for Plaintiff

11                                                                                                DANIEL J. BRODERICK
                                                                                               Federal Defender

13 DATED: December 9, 2008                     By /s/ Eric V. Kersten
                                                                                         ERIC V. KERSTEN
14                                                                                                Assistant Federal Defender
                                                                                               Attorney for Defendant
15                                                                                                CHARLES McCARTY

18  **O R D E R**

19  Good Cause is included in the stipulation to continue the status conference.  It will now be set at 8:45 a.m.

20  on January 30, 2009.  The intervening period of delay is excluded in the interests of justice pursuant to

21  18 U.S.C. § 3161(h)(8)(B)(iv).

23  IT IS SO ORDERED.

24  **Dated:   December 9, 2008**                   /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE