1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   CHARLES McCARTY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:08-cr-00275 LJO
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND
13          v.                         )   ORDER THEREON
                                       )
14  CHARLES McCARTY,                   )   Date:   March 6, 2009
                                       )   Time:  9:00 a.m.
15                  Defendants.        )   Judge: Hon. Lawrence J. O'Neill
                                       )
16                                     )
                                       )
17  _____)

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  SHEILA K. OBERTO, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

20  Defender, counsel for Defendant Charles McCarty, that the date for status conference may be continued to

21  March 6, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for**

22  **status conference is January 30, 2009. The requested new date is March 6, 2009.**

23         This matter was previously continued to January 30, 2009 to allow time to gather necessary

24  information and materials necessary to investigate Mr. McCarty's mental condition.  At the time of that

25  continuance it was anticipated that Mr. McCarty would be prepared to enter a plea agreement, set the

26  matter for trial, or file a motion to determine Mr. McCarty's competency on January 30, 2009.  However,

27  the investigator assigned to Mr. McCarty's case left the office unexpectedly at the end of December, 2008,

28  causing an unanticipated delay in obtaining the needed materials.  As a result, the evaluation of Mr.

1   McCarty's mental condition has not yet been completed.

2          Mr. McCarty suffers from brain damage related to a past stroke, and other preexisting mental

3   health issues also exist.  At the next status conference the defense expects that it will be prepared to either

4   enter a plea agreement, set the matter for trial, or file a motion to determine Mr. McCarty's competency.

5          The parties agree that the delay resulting from the continuance shall be excluded as necessary for

6   effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of

7   justice served by the granting of the requested continuance outweigh the interests of the public and the

8   defendant in a speedy trial.

9

10                                          LAWRENCE G. BROWN
                                            Acting United States Attorney
11

12   DATED: January 28, 2009              By /s/ Sheila K. Oberto
                                            SHEILA K. OBERTO
13                                          Assistant United States Attorney
                                            Attorney for Plaintiff
14

15                                          DANIEL J. BRODERICK
                                            Federal Defender
16

17   DATED: January 28, 2009              By /s/ Eric V. Kersten
                                            ERIC V. KERSTEN
18                                          Assistant Federal Defender
                                            Attorney for Defendant
19                                          CHARLES McCARTY

20

21                                **O R D E R**

22   Good Cause exists for the continuance.  The intervening period of delay is excluded in the interests of

23   justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

24

25          IT IS SO ORDERED.

26   **Dated:   January 28, 2009**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
27

28