1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
4   Telephone: (559) 487-5561

5   Attorney for Defendant
    CHARLES McCARTY

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. 1:08-cr-00275 LJO
                                       )
12                      *Plaintiff*,   )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE AND
13          v.                         )    ORDER THEREON
                                       )
14  CHARLES McCARTY,                   )    Date:   June 4, 2010
                                       )    Time:   9:00 a.m.
15                      *Defendants.*  )    Judge:  Hon. Lawrence J. O'Neill
                                       )
16                                     )
                                       )
17  _____)

18          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  BRIAN W. ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

20  Defender, counsel for Defendant Charles McCarty, that the date for status conference may be continued to

21  June 4, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for**

22  **status conference is March 4, 2010.  The requested new date is June 4, 2010.**

23          Mr. McCarty suffered a serious stroke on November 6, 2009.  He was hospitalized for

24  approximately two weeks and then transferred to a skilled nursing facility, where he remains.  He attends

25  physical therapy on a daily basis.  His speech has improved and he is able to eat on his own.  However, he

26  still requires moderate to maximum assistance for grooming, hygiene and movement.

27  Mr. McCarty has been approved to reside at the skilled nursing facility for one year.  It is hoped that his

28  condition will eventually improve to a point where he can reside in an independent, assisted living facility.

1    Mr. McCarty's current condition makes it extremely difficult for him to assist in his defense.  In

2    addition, changes in McCarty's condition, or the lack thereof, will impact the parties' efforts to reach a

3    negotiated resolution of this matter.  For these reasons the parties are requesting a continuance to allow

4    additional time to monitor any changes in Mr. McCarty's condition.

5    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

6    effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the

7    ends of justice served by the granting of the requested continuance outweigh the interests of the public and

8    the defendant in a speedy trial.

9

10                                                                 BENJAMIN B. WAGNER
                                                                   United States Attorney
11

12   DATED: March 1, 2010                        By  /s/ Brian W. Enos
                                                     BRIAN W. ENOS
13                                                   Assistant United States Attorney
                                                     Attorney for Plaintiff
14

15                                                   DANIEL J. BRODERICK
                                                     Federal Defender
16

17   DATED: March 1, 2010                        By  /s/ Eric V. Kersten
                                                     ERIC V. KERSTEN
18                                                   Assistant Federal Defender
                                                     Attorney for Defendant
19                                                   CHARLES McCARTY

20

21                                         **O R D E R**

22       **Good cause has been stated.**  The intervening period of delay is excluded in the interests of

23   justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

24       IT IS SO ORDERED.

25   **Dated:    March 2, 2010**                        **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE
26

27

28

Stipulation to Continue Status Conference            2