BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

FILED

MAY 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>CHARLES McCARTY,<br><br>              Defendant. | Case No. 1:08-cr-00275 LJO<br><br>THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER<br><br>Fed. R. Crim. Proc. 48(a) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against CHARLES McCARTY, without prejudice and in the interest of justice.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: May 20, 2010        By:   /s/ BRIAN W. ENOS
                                 BRIAN W. ENOS
                                 Assistant U.S. Attorney

1    THE UNITED STATES' REQUEST FOR DISMISSAL
     WITHOUT PREJUDICE; [PROPOSED] ORDER

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the criminal indictment against CHARLES McCARTY be dismissed, without prejudice and in the interest of justice.

DATED: May 24, 2010

Lawrence J. O'Neill
United States District Judge